THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* EDDIE POOLE, Defendant-Appellant.

(No. 54275;

First District—July 19, 1971.

*Abstract of Decision*

Opinion by Mr. JUSTICE LYONS.

Gerald W. Getty, Public Defender, of Chicago, (Fred Shandling and James J. Doherty, Assistant Public Defenders, of counsel,) for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago (Robert A. Novelle and Stephen R. Kramer, Assistant State's Attorneys, of counsel,) for the People.